IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00088 |
| | ) | Judge Trauger |
| | ) | |
| RONALD W. KERSEY | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a revocation hearing on the Friday, July 6, 2012, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 29th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge